BRUCE C. YOUNG, ESQ., Bar #5560
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway, Suite 300
Las Vegas, NV 89169
Telephone: 702.862.8800
Facsimile: 702.862.8811

KARYN M. TAYLOR, ESQ., Bar #6142
NV ENERGY
6100 Neil Road
Reno, NV 89511
Telephone: 775.834.5781
Facsimile: 775.834.4098

Attorneys for Defendant
NV ENERGY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANDREA SULLIVAN,<br><br>    Plaintiff,<br><br>vs.<br><br>NV ENERGY, INC., a Nevada corporation,<br><br>    Defendant. | Case No. 3:12-cv-00546-RCJ-WCG<br><br>**STIPULATION AND ORDER TO DISMISS ACTION WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, ANDREA SULLIVAN, through her undersigned counsel, and the Defendant, NV ENERGY, INC., through its undersigned counsel, that the above-captioned matter be dismissed with prejudice, with each party to bear its own costs and attorney's fees.

Dated: February 22, 2013

By: /s/Karyn M. Taylor
BRUCE C. YOUNG, ESQ.
KARYN M. TAYLOR, ESQ.

Attorneys for Defendant
NV ENERGY

Dated: February 22, 2013

By: _____
JEFFREY A. DICKERSON, ESQ.

Attorneys for Plaintiff
ANDREA SULLIVAN

IT IS SO ORDERED:

_____
HONORABLE ROBERT C. JONES
UNITED STATES DISTRICT COURT JUDGE

DATED: February 25, 2013.